大成 DENTONS

Karla Del Pozo García
Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

September 20, 2023

> **The parties' request for a stay is DENIED. The Court does not stay cases pending settlement discussions. However, the Court will permit a short adjournment of the initial pretrial conference from September 28, 2023 to October 20, 2023 at 3PM.**
>
> **The Clerk of Court is directed to terminate the motion at ECF No. 11.**
>
> **SO ORDERED.**
>
> */s/ Arun Subramanian*
>
> **Arun Subramanian, U.S.D.J.**
> **Date: September 20, 2023**

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Senior v. Groove Life Corporation;* Case No. 1:23-cv-05493-AS

Dear Judge Subramanian:

We represent Defendant Groove Life Corporation ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from September 20, 2023 to November 6, 2023, and adjourn *sine die* the initial pretrial conference scheduled for September 28, 2023 at 9:15 am.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms